IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRATTON NEAL PEAY, ) | |
| ) | Civil Action No. 05 - 1085 |
| Plaintiffs, ) | |
| ) | Judge Joy Flowers Conti/ |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| WALTERS, C.O.; SCHAMP/PIERCE, C.O.; ) | |
| BILONIK, C.O.; and KRONANDER, C.O., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff in the above captioned action has filed a complaint which the Court believes alleges a violation of his rights under 42 U.S.C. § 1983. The Complaint, however, is completely unreadable due to illegible handwriting. This Court is unable, in viewing the document presently filed, to ascertain what Plaintiff's claims are. Plaintiff is therefore directed to file an Amended Complaint that can be read by a reasonable person. The Court understands that Plaintiff may not have access to a typewriter, which would be ideal. However, Plaintiff can reprint the complaint in a manner that is readable, which the present document is not.

**IT IS HEREBY ORDERED** that Plaintiff is to **FILE AN AMENDED COMPLAINT AS SET FORTH ABOVE.**

**IT IS FURTHER ORDERED THAT SAID AMENDED COMPLAINT IS TO BE FILED NO LATER THAN NOVEMBER 30, 2006.**

**IT IS FURTHER ORDERED** that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1.3, the parties are allowed ten (10) days from the date of service to file an appeal from this order to the District Court.  Any opposing party shall have

seven (7) days from the date of service of the appeal to respond thereto.  Failure to timely file an appeal may constitute a waiver of any appellate rights.


Dated: September 29, 2006            _/s/Lisa Pupo Lenihan_____
                                                         Lisa Pupo Lenihan
                                                         United States Magistrate Judge


Cc:    Stratton Neal Peay
        DP-4246
        1100 Pike Street
        Huntingdon, PA  16652